# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHRISTINE HESS on behalf of**      :      **CIVIL ACTION**
**her minor child KADEN COTES**      :
     :
**v.**      :
     :
**GLAXOSMITHKLINE, et al**      :      **NO. 10-5199**

## ORDER

**AND NOW**, this 24th day of March, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 7), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.


                                                /s/Timothy J. Savage
                                                TIMOTHY J. SAVAGE, J.